

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburg, PA, as subrogee and assignee of the Orange County Transportation Authority<br><br>**Plaintiff,**<br>V.<br><br>SharePoint360, Inc.<br><br>**Defendant.** | Civil Action No.  18-cv-00249-L-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion to Dismiss is Granted.

Date:  3/27/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy